

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| RIOCAN AMERICA MANAGEMENT, INC., AS MANAGING AGENT FOR LAS PALMAS DUNHILL, L.P. AND LAS PALMAS RIOCAN L.P. F/K/A LAS PALMAS DUNHILL, L.P., | § § § § | No. 08-17-00074-CV |
|  | § | Appeal from |
| Appellants, | § | 384th District Court |
| v. | § | of El Paso County, Texas |
|  | § | (TC # 2014DCV0623) |
| MIRKA L. SERRATO D/B/A TENAMPA AND SERRMA, LLC, | § § § | |
| Appellees. | § | |

**MEMORANDUM OPINION**

Appellants, Riocan America Management, Inc. as Managing Agent for Las Palmas Dunhill, L.P. and Las Palmas Riocan L.P. f/k/a Las Palmas Dunhill, L.P., have filed a motion to dismiss their appeal because they have settled their dispute with Appellees. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

October 11, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.